UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TINA A. WARREN )
 )
v. ) NO. 3:10-0645
 ) JUDGE CAMPBELL
JOHN POTTER, et al. )

ORDER

Pursuant to 28 U.S.C. § 636, and Rule 72 of the Federal Rules of Civil Procedure, this case is REFERRED to the Magistrate Judge for entry of a scheduling order; decision on all pretrial, nondispositive motions; and a report and recommendation on any dispositive motions. The scheduling order shall include a target trial date.

Fed. R. Civ. P. 26(a)(1) regarding required initial discovery disclosures, shall not apply. Pursuant to Local Rule 16.01(e)(1) and Fed. R. Civ. P. 26(d), discovery is not stayed absent further order of the Court.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE