IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TINA A. WARREN )
)
v. ) NO. 3:10-0645
)
JOHN POTTER, et al. )

**O R D E R**

By Order entered July 20, 2010 (Docket Entry No. 2), the Court referred this action to the Magistrate Judge, pursuant to Rule 72 of the Federal Rules of Civil Procedure and 28 U.S.C. § 636, for entry of a scheduling order, decision on all pretrial, nondispositive motions, and a report and recommendation on any dispositive motions.

Plaintiff is advised that she is responsible for serving the defendants with the summons and complaint, in compliance with Rule 4 of the Federal Rules of Civil Procedure. Plaintiff is advised that she must serve the defendants with the summons and complaint within 120 days of the filing of the complaint in accordance with Rule 4(m) or this action will be dismissed, unless this time is extended by the Court upon a showing of good cause.

So ORDERED.

JULIET GRIFFIN
United States Magistrate Judge