IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TINA A. WARREN                          )
                                        )       No. 3-10-0645
v.                                      )
                                        )
JOHN E. POTTER, Postmaster General;     )
and UNITED STATES POSTAL                )
SERVICE                                 )

O R D E R

The plaintiff, proceeding pro se, filed a complaint on July 2, 2010.  By order entered July 20,

2010 (Docket Entry No. 2), this case was referred to the Magistrate Judge for entry of a scheduling

order, decision on all pretrial, nondispositive motions, and a report and recommendation on any

dispositive motions.  Since that time, counsel has entered an appearance for the plaintiff.  See

Docket Entry No. 7.

Since the defendants have 60 days after service of the summons and complaint to file a

response to the complaint and summons were issued on August 5, 2010, a case management

conference is scheduled on **Friday, October 15, 2010, at 11:00 a.m.,** in Courtroom 764, U.S.

Courthouse, 801 Broadway, Nashville, TN.

In accord with July 20, 2010, order, the stay of discovery, pursuant to Rule 26(d) of the

Federal Rules of Civil Procedure, is hereby LIFTED.

Prior to the case management conference, counsel for the parties shall meet and confer

pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, and shall, to the extent possible,

exchange initial disclosures pursuant to Rule 26(a)(1).[1]

Prior to the case management conference, counsel for the parties shall also confer and shall

prepare a proposed, joint case management order, including the parties' respective theories of the

---

[1]  The July 20, 2010, order is amended to the extent that the parties are now required to serve
initial discovery disclosures in accord with Rule 26(a)(1) inasmuch as the plaintiff is now
represented by counsel.

case, issues resolved and in dispute, proposed scheduling for the progression of the case, and any other relevant matters provided in Local Rule 16.01(d)(1)(c) and 16.01(d)(2). If the parties anticipate discovery of electronically stored information, they shall include in the proposed case management order the methodology for such discovery. <u>See</u> Administrative Order No. 174, entered July 9, 2007.

Counsel shall e-file the proposed order prior to the case management conference.

All counsel appearing at the case management conference shall bring with them their calendars and be cognizant of the calendars of any attorneys not appearing at the case management conference whose schedules are relevant to the scheduling in this case.

The Clerk is directed to send a copy of this order to Mark Wildasin, Assistant United States Attorney.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

2