IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TINA A. WARREN                          )
                                        )    No. 3-10-0645
v.                                      )
                                        )
JOHN E. POTTER, Postmaster General;     )
and UNITED STATES POSTAL                )
SERVICE                                 )

O R D E R

By contemporaneously entered order, the Court has approved and entered the parties' proposed joint case management order, with modifications addressed at the initial case management conference held on November 15, 2010. Those modifications and other matters addressed on November 15, 2010, are as follows:

1.      The plaintiff shall have until November 29, 2010, to file an amended complaint.

2.      The defendant shall have until December 13, 2010, to file a response to the amended complaint.

3.      No other motions to amend the pleadings or join parties shall be filed unless otherwise ordered.

4.      In response to discovery requests, the plaintiff shall produce any electronically stored information in native format. Otherwise, the parties are exempted from the provisions of Administrative Order No. 174, entitled "Default Standard for Discovery of Electronically Stored Information ('E-Discovery')," entered July 9, 2007. However, if any disputed issues arise related to discovery of ESI that the parties are not able to resolve, counsel shall convene a telephone conference call with the Court to address any such issues.

5.      Counsel for the parties shall convene a telephone conference call with the Court on **Tuesday, March 29, 2011, at 12:00 noon,** to be initiated by defendant's counsel, to address the status of the case, including discovery, the potential for settlement, and any other appropriate matters.

6.      Any discovery motion shall be filed by May 2, 2011.

7.      The plaintiff will not use any experts, except treating doctors, and the defendant will not disclose any rebuttal experts.

Therefore, there shall be no supplemental disclosures to expert reports nor any other expert disclosures except as provided in the contemporaneously entered order, and Local Rule 39.01(c)(6)(c) shall not apply in this case.

8.      Any dispositive motion shall be filed by June 23, 2011. Any response shall be filed within 21 days of the filing of the motion or by July 14, 2011, if the motion is filed on June 23, 2011. Any reply, if necessary, shall be filed within 14 days of the filing of the response or by July 28, 2011, if the response is filed on July 14, 2011.

No party shall file more than one Rule 12 motion to dismiss or more than one Rule 56 motion for summary judgment.

There shall be no stay of discovery before the April 29, 2011, deadline for completion of all discovery, including depositions of the plaintiff's treating physicians, even if a dispositive motion has been filed prior thereto.

Based on the above schedule, it is recommended that a non-jury trial be scheduled no earlier than November 1, 2011. The parties estimate that the trial will last three (3) days.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge