IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TINA A. WARREN )
) No. 3-10-0645
v. )
)
PATRICK R. DONAHOE, Postmaster )
General; and UNITED STATES POSTAL )
SERVICE )

O R D E R

Pursuant to the order entered December 13, 2010 (Docket Entry No. 24), counsel for the parties called the Court, at which time they advised that they had reached a settlement in this case.

As a result, the telephone conference call, scheduled by order entered November 15, 2010 (Docket Entry No. 21), on March 29, 2011, is CANCELLED.

The parties shall file an agreed order or stipulation of dismissal by December 27, 2010.

The Clerk is directed to forward the file in this case to the Honorable Todd J. Campbell, Chief Judge, for his consideration of the parties' agreed order or stipulation of dismissal to be filed no later than December 27, 2010.[1]

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By order entered November 30, 2010 (Docket Entry No. 23), the pretrial conference and bench trial were scheduled on November 28, 2011, and December 6, 2011, respectively.