UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TINA A. WARREN, ) | |
| ) | CASE NO. 3:10-0645 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE TODD J. CAMPBELL |
| ) | |
| PATRICK R. DONAHUE, ) | U.S. MAGISTRATE JUDGE |
| Postmaster General, and ) | JULIET GRIFFIN |
| United States Postal Service, ) | |
| ) | Jury Trial Requested |
| Defendants. ) | |
| ) | |

---

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to agreement of the parties as evidenced by the signature of counsel below and as provided in the Consent Order entered previously in this case by this Court,

IT IS HEREBY ORDERED THAT the claims of Plaintiff Tina A. Warren against Defendants Patrick R. Donahue, Postmaster General, and United States Postal Service, are hereby dismissed with prejudice, each party bearing their own costs.

ENTERED THIS THE _____ DAY OF DECEMBER 2010.

*/s/ Todd Campbell*

SUBMITTED FOR ENTRY:


s/Josette M. Chambers
JOSETTE M. CHAMBERS (BPR #28788)
6700 Cabot Drive, Suite D-2
Nashville, TN 37209
Telephone: (615) 915-8707
Jchamberslaw@yahoo.com
*Attorney for Plaintiff Tina A. Warren*


JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

s/Merecedes C. Maynor-Faulcon
MERCEDES C. MAYNOR-FAULCON
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
Telephone: (615) 736-5151
Tennessee B.P.R. #013330
*Attorney for Defendants*